**Criminal Case Cover Sheet**           **U.S. District Court - District of Massachusetts**

**Place of Offense:** Saugus, Medford, Fall River, Quincy    **Category No.** II    **Investigating Agency** FBI

**City** Boston, Braintree, Cambridge    **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant X
Magistrate Judge Case Number _____
Search Warrant Case Number  See Additional Information
R 20/R 40 from District of _____

**Defendant Information:** Defendant

Name: Reshat Alkayisi

Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Cumberland, RI

Birth date (Yr only): 1961   SSN (last4#): 8696   Sex: M   Race: White   Nationality: Turkish

**Defense Counsel if known:** _____    Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA: Alathea Porter    Bar Number if applicable: _____

Interpreter: ☐ Yes ☑ No    List language and/or dialect: _____

Victims: ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 07/07/2021    Signature of AUSA: _[signature]_

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Reshat Alkayisi

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and to Possess with Intent to Distribute 500 Grams or More of a Mixture and Substance Containing Methamphetamine | 1 |
| Set 2 | 21 U.S.C. § 853 | Drug Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**  20-mj-5394-JGD; 20-mj-5395-JGD; 20-mj-5485-JGD; 20-mj-5393-JGD; 20-mj-5489-JGD
21-mj-5035-JGD; 21-mj-5083-JGD; 21-mj-5146-JGD; 21-mj-5157-JGD; 21-mj-5169-JGD; 21-mj-5036-JGD; 21-mj-5082-JGD;
21-mj-5147-JGD; 21-mj-5158-JGD; 21-mj-5170-JGD; 21-mj-5292-JGD; 21-mj-5171-JGD; 21-mj-5294-JGD; 21-mj-5277-JGD;
21-mj-6169-MPK; 21-mj-6170-MPK; 21-mj-6247-MPK; 21-mj-5293-JGD; 21-mj-5295-JGD; 21-mj-1387-DLC

℅JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**            **U.S. District Court - District of Massachusetts**

**Place of Offense:** Saugus, Fall River, Medford, Quincy    **Category No.** II    **Investigating Agency** FBI

**City** Boston, Braintree, Cambridge    **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant X
Magistrate Judge Case Number _____
Search Warrant Case Number See Additional Information
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: James Holyoke    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Brockton, MA

Birth date (Yr only): 1981    SSN (last4#): 1030    Sex: M    Race: White    Nationality: American

**Defense Counsel if known:** _____    **Address** _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** Alathea Porter    Bar Number if applicable _____

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 07/07/2021    Signature of AUSA: _[signature]_

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   James Holyoke

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and to Possess with Intent to Distribute 500 Grams or More of a Mixture and Substance Containing Methamphetamine | 1 |
| Set 2 | 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii), 18 U.S.C. § 2 | Distribution of and Possession with Intent to Distribute 50 Grams or More of a Mixture and Substance Containing Methamphetamine, Aiding and Abetting | 2 |
| Set 3 | 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii) | Distribution of and Possession with Intent to Distribute 50 Grams or More of Methamphetamine | 3 |
| Set 4 | 21 U.S.C. § 853 | Drug Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   20-mj-5394-JGD; 20-mj-5395-JGD; 20-mj-5485-JGD; 20-mj-5393-JGD; 20-mj-5489-JGD

21-mj-5035-JGD; 21-mj-5083-JGD; 21-mj-5146-JGD; 21-mj-5157-JGD; 21-mj-5169-JGD; 21-mj-5036-JGD; 21-mj-5082-JGD;

21-mj-5147-JGD; 21-mj-5158-JGD; 21-mj-5170-JGD; 21-mj-5292-JGD; 21-mj-5171-JGD; 21-mj-5294-JGD; 21-mj-5277-JGD;

21-mj-6169-MPK; 21-mj-6170-MPK; 21-mj-6247-MPK; 21-mj-5293-JGD; 21-mj-5295-JGD; 21-mj-1387-DLC

**Criminal Case Cover Sheet**        **U.S. District Court - District of Massachusetts**

Place of Offense:    Category No. __II__    Investigating Agency __FBI__

City __Saugus, Fall River, Medford, Quincy, Boston, Braintree, Cambridge__

Related Case Information:

County __Suffolk__

Superseding Ind./Inf. _____ Case No. _____
Same Defendant _____ New Defendant __X__
Magistrate Judge Case Number _____
Search Warrant Case Number __See Additional Information__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: __Noah Tavella__    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address __(City & State) Los Angeles, CA__

Birth date (Yr only): __1991__ SSN (last4#): __1429__ Sex __M__ Race: __White__ Nationality: __American__

**Defense Counsel if known:** _____ Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA __Alathea Porter__    Bar Number if applicable _____

Interpreter: ☐ Yes ☑ No    List language and/or dialect: _____

Victims: ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __07/07/2021__    Signature of AUSA: _/s/_

JS 45  (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Noah Tavella

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and to Possess with Intent to Distribute 500 Grams or More of a Mixture and Substance Containing Methamphetamine | 1 |
| Set 2 | 21 U.S.C. § 853 | Drug Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   20-mj-5394-JGD; 20-mj-5395-JGD; 20-mj-5485-JGD; 20-mj-5393-JGD; 20-mj-5489-JGD; 21-mj-5035-JGD; 21-mj-5083-JGD; 21-mj-5146-JGD; 21-mj-5157-JGD; 21-mj-5169-JGD; 21-mj-5036-JGD; 21-mj-5082-JGD; 21-mj-5147-JGD; 21-mj-5158-JGD; 21-mj-5170-JGD; 21-mj-5292-JGD; 21-mj-5171-JGD; 21-mj-5294-JGD; 21-mj-5277-JGD; 21-mj-6169-MPK; 21-mj-6170-MPK; 21-mj-6247-MPK; 21-mj-5293-JGD; 21-mj-5295-JGD; 21-mj-1387-DLC

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013

✎JS 45  (5/97) - (Revised USDC MA 3/25/2011)

**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

**Place of Offense:** Saugus, Fall River, Medford, Quincy  **Category No.** II   **Investigating Agency** FBI

**City** Boston, Braintree, Cambridge  **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant X
Magistrate Judge Case Number _____
Search Warrant Case Number  See Additional Information
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Brian Keleman   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Pascoag, RI

Birth date (Yr only): 1969   SSN (last4#): 3600   Sex: M   Race: White   Nationality: American

**Defense Counsel if known:** _____   Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Alathea Porter   Bar Number if applicable _____

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:** ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:** ☐ Petty  ☐ Misdemeanor  ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 07/07/2021   Signature of AUSA: _[signature]_

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Brian Keleman

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and to Possess with Intent to Distribute 500 Grams or More of a Mixture and Substance Containing Methamphetamine | 1 |
| Set 2 | 21 U.S.C. § 853 | Drug Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** 20-mj-5394-JGD; 20-mj-5395-JGD; 20-mj-5485-JGD; 20-mj-5393-JGD; 20-mj-5489-JGD

21-mj-5035-JGD; 21-mj-5083-JGD; 21-mj-5146-JGD; 21-mj-5157-JGD; 21-mj-5169-JGD; 21-mj-5036-JGD; 21-mj-5082-JGD;

21-mj-5147-JGD; 21-mj-5158-JGD; 21-mj-5170-JGD; 21-mj-5292-JGD; 21-mj-5171-JGD; 21-mj-5294-JGD; 21-mj-5277-JGD;

21-mj-6169-MPK; 21-mj-6170-MPK; 21-mj-6247-MPK; 21-mj-5293-JGD; 21-mj-5295-JGD; 21-mj-1387-DLC

# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:** Saugus, Fall River, Medford, Quincy  **Category No.** II  **Investigating Agency** FBI
**City** Boston, Braintree, Cambridge  **Related Case Information:**
**County** Suffolk

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant X
Magistrate Judge Case Number _____
Search Warrant Case Number  See Additional Information
R 20/R 40 from District of _____

## Defendant Information:

Defendant Name: Robyn Costa  Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____
Address: (City & State) Whitman, MA

Birth date (Yr only): 1985  SSN (last4#): 4158  Sex: F  Race: White  Nationality: American

**Defense Counsel if known:** _____  Address _____
**Bar Number:** _____

## U.S. Attorney Information:

**AUSA** Alathea Porter  **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☑ No  List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:** ☐ Complaint  ☐ Information  ☑ Indictment
**Total # of Counts:** ☐ Petty  ☐ Misdemeanor  ☑ Felony  3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 07/07/2021  Signature of AUSA: *[signature]*

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**      Robyn Costa

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and to Possess with Intent to Distribute 500 Grams or More of a Mixture and Substance Containing Methamphetamine | 1 |
| Set 2 | 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii) | Posession w/ Intent to Distribute 500 Grams or More of a Mixture and Substance Containing Methamphetamine | 4 |
| Set 3 | 18 U.S.C. § 924(c) | Possession of a Firearm in Furtherance of a Drug Trafficking Offense | 5 |
| Set 4 | 21 U.S.C. § 853 | Drug Forfeiture Allegation | |
| Set 5 | 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)) | Firearm Forfeiture Allegation | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**  20-mj-5394-JGD; 20-mj-5395-JGD; 20-mj-5485-JGD; 20-mj-5393-JGD; 20-mj-5489-JGD

21-mj-5035-JGD; 21-mj-5083-JGD; 21-mj-5146-JGD; 21-mj-5157-JGD; 21-mj-5169-JGD; 21-mj-5036-JGD; 21-mj-5082-JGD;

21-mj-5147-JGD; 21-mj-5158-JGD; 21-mj-5170-JGD; 21-mj-5292-JGD; 21-mj-5171-JGD; 21-mj-5294-JGD; 21-mj-5277-JGD;

21-mj-6169-MPK; 21-mj-6170-MPK; 21-mj-6247-MPK; 21-mj-5293-JGD; 21-mj-5295-JGD; 21-mj-1387-DLC

**Criminal Case Cover Sheet**            **U.S. District Court - District of Massachusetts**

**Place of Offense:** Saugus, Fall River, Medford, Quincy    **Category No.** II    **Investigating Agency** FBI

**City** Boston, Braintree, Cambridge    **Related Case Information:**

**County** Suffolk

Superseding Ind./Inf. _____ Case No. _____
Same Defendant _____ New Defendant X
Magistrate Judge Case Number _____
Search Warrant Case Number   See Additional Information
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Eric Daneault    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Manchester, NH

Birth date (Yr only): 1975   SSN (last4#): 3038   Sex: M   Race: White   Nationality: American

**Defense Counsel if known:** _____    Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Alathea Porter    Bar Number if applicable _____

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 07/07/2021    Signature of AUSA: _[signature]_

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Eric Daneault

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and to Possess with Intent to Distribute 500 Grams or More of a Mixture and Substance Containing Methamphetamine | 1 |
| Set 2 | 21 U.S.C. § 853 | Drug Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   20-mj-5394-JGD; 20-mj-5395-JGD; 20-mj-5485-JGD; 20-mj-5393-JGD; 20-mj-5489-JGD

21-mj-5035-JGD; 21-mj-5083-JGD; 21-mj-5146-JGD; 21-mj-5157-JGD; 21-mj-5169-JGD; 21-mj-5036-JGD; 21-mj-5082-JGD;

21-mj-5147-JGD; 21-mj-5158-JGD; 21-mj-5170-JGD; 21-mj-5292-JGD; 21-mj-5171-JGD; 21-mj-5294-JGD; 21-mj-5277-JGD;

21-mj-6169-MPK; 21-mj-6170-MPK; 21-mj-6247-MPK; 21-mj-5293-JGD; 21-mj-5295-JGD; 21-mj-1387-DLC

✎JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**            **U.S. District Court - District of Massachusetts**

**Place of Offense:** Saugus, Fall River, Medford, Quincy    **Category No.** II    **Investigating Agency** FBI

**City** Boston, Braintree, Cambridge    **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant X
Magistrate Judge Case Number _____
Search Warrant Case Number   See Additional Information
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Andre Watson    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Nashua, NH

Birth date (Yr only): 1976   SSN (last4#): 5208   Sex: M   Race: Black   Nationality: American

**Defense Counsel if known:** _____    **Address** _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** Alathea Porter    **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 07/07/2021    Signature of AUSA: _[signature]_

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Andre Watson

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and to Possess with Intent to Distribute 500 Grams or More of a Mixture and Substance Containing Methamphetamine | 1 |
| Set 2 | 21 U.S.C. § 853 | Drug Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**  20-mj-5394-JGD; 20-mj-5395-JGD; 20-mj-5485-JGD; 20-mj-5393-JGD; 20-mj-5489-JGD 21-mj-5035-JGD; 21-mj-5083-JGD; 21-mj-5146-JGD; 21-mj-5157-JGD; 21-mj-5169-JGD; 21-mj-5036-JGD; 21-mj-5082-JGD; 21-mj-5147-JGD; 21-mj-5158-JGD; 21-mj-5170-JGD; 21-mj-5292-JGD; 21-mj-5171-JGD; 21-mj-5294-JGD; 21-mj-5277-JGD; 21-mj-6169-MPK; 21-mj-6170-MPK; 21-mj-6247-MPK; 21-mj-5293-JGD; 21-mj-5295-JGD; 21-mj-1387-DLC

≈JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

**Place of Offense:**  Saugus, Fall River, Medford, Quincy  **Category No.** II  **Investigating Agency** FBI
**City** Boston, Braintree, Cambridge
**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant X
Magistrate Judge Case Number _____
Search Warrant Case Number  See Additional Information
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Emil Dzabiev  Juvenile: ☐ Yes ☑ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No
Alias Name: _____
Address (City & State): Scarborough, ME
Birth date (Yr only): 1980  SSN (last4#): 7071  Sex: M  Race: White  Nationality: Russian

**Defense Counsel if known:** _____  Address _____
**Bar Number** _____

**U.S. Attorney Information:**

AUSA: Alathea Porter  Bar Number if applicable _____

Interpreter: ☐ Yes ☑ No  List language and/or dialect: _____

Victims: ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☑ Yes ☐ No
☑ Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☑ Indictment
**Total # of Counts:**  ☐ Petty  ☐ Misdemeanor  ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 07/07/2021  Signature of AUSA: _[signature]_

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**  Emil Dzabiev

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and to Possess with Intent to Distribute 500 Grams or More of a Mixture and Substance Containing Methamphetamine | 1 |
| Set 2 | 21 U.S.C. § 853 | Drug Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**  20-mj-5394-JGD; 20-mj-5395-JGD; 20-mj-5485-JGD; 20-mj-5393-JGD; 20-mj-5489-JGD

21-mj-5035-JGD; 21-mj-5083-JGD; 21-mj-5146-JGD; 21-mj-5157-JGD; 21-mj-5169-JGD; 21-mj-5036-JGD; 21-mj-5082-JGD;

21-mj-5147-JGD; 21-mj-5158-JGD; 21-mj-5170-JGD; 21-mj-5292-JGD; 21-mj-5171-JGD; 21-mj-5294-JGD; 21-mj-5277-JGD;

21-mj-6169-MPK; 21-mj-6170-MPK; 21-mj-6247-MPK; 21-mj-5293-JGD; 21-mj-5295-JGD; 21-mj-1387-DLC

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013

**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:** Saugus, Fall River, Medford, Quincy    **Category No.** II    **Investigating Agency** FBI

**City** Boston, Braintree, Cambridge    **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant X
Magistrate Judge Case Number _____
Search Warrant Case Number   See Additional Information
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Edison Klotz    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Stoughton, MA

Birth date (Yr only): 1975   SSN (last4#): 5909   Sex: M   Race: White   Nationality: American

**Defense Counsel if known:** _____    Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Alathea Porter    Bar Number if applicable _____

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 07/07/2021    Signature of AUSA: _[signature]_

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Edison Klotz

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and to Possess with Intent to Distribute 500 Grams or More of a Mixture and Substance Containing Methamphetamine | 1 |
| Set 2 | 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii), 18 U.S.C. § 2 | Distribution of and Possession with Intent to Distribute 50 Grams or More of a Mixture and Substance Containing Methamphetamine, Aiding and Abetting | 2 |
| Set 3 | 21 U.S.C. § 853 | Drug Forfeiture Allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   20-mj-5394-JGD; 20-mj-5395-JGD; 20-mj-5485-JGD; 20-mj-5393-JGD; 20-mj-5489-JGD;
21-mj-5035-JGD; 21-mj-5083-JGD; 21-mj-5146-JGD; 21-mj-5157-JGD; 21-mj-5169-JGD; 21-mj-5036-JGD; 21-mj-5082-JGD;
21-mj-5147-JGD; 21-mj-5158-JGD; 21-mj-5170-JGD; 21-mj-5292-JGD; 21-mj-5171-JGD; 21-mj-5294-JGD; 21-mj-5277-JGD;
21-mj-6169-MPK; 21-mj-6170-MPK; 21-mj-6247-MPK; 21-mj-5293-JGD; 21-mj-5295-JGD; 21-mj-1387-DLC