UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                       ) | Cr. No. 21-10208-NMGs |
| ) | |
| (2)   JAMES HOLYOKE,     ) | |
| Defendant                ) | |

ASSENTED-TO MOTION TO CONTINUE RULE 11 HEARING
AND MOTION FOR ORDER OF EXCLUDABLE DELAY

Now comes the United States, through undersigned counsel, and with the assent of the defendant respectfully requests that the Court continue the Rule 11 hearing, which is currently scheduled for July 26, 2022, to August 2, 2022. As grounds therefore, the government states that the undersigned Assistant United States Attorney will be unavailable due to business travel on July 26, 2022. The government further moves the Court, pursuant to 18 U.S.C. § 3161(h)(7)(A), to enter an order of excludable delay between June 3, 2022 and August 2, 2022. The government has conferred with counsel for the defendant, and she assents to this motion.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By:   /s/ Alathea E. Porter
ALATHEA E. PORTER
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 6, 2022.

/s/ Alathea E. Porter
ALATHEA E. PORTER
Assistant U.S. Attorney